

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>    v.<br><br>Sergio SEVILLA Avila,<br><br>                         Defendant. | Case No.:      21MJ0315<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about January 26, 2021, within the Southern District of California, Sergio SEVILLA Avila, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, to wit: approximately 15.16 kilograms (33.42 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Marina Griffin
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 27th of January 2021.

_____
HON BERNARD G. SKOMAL
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On January 26, 2021, at approximately 1:15 PM, Sergio SEVILLA Avila, ("SEVILLA"), a lawful permanent resident, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #11. SEVILLA was the driver, sole occupant, and registered owner of a 2008 Ford Ranger ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the passenger side door area of the vehicle.

A Customs and Border Protection Officer received two (2) negative Customs declarations from SEVILLA. SEVILLA stated he was crossing the border to go to San Diego, California. The Customs and Border Protection Officer inspected the backseat storage area of the vehicle and discovered packages within. SEVILLA and the vehicle were referred for a secondary inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the rear cab area of the vehicle.

Further inspection of the vehicle resulted in the discovery of a total of thirty-two (32) packages concealed in the driver side rear panel and the passenger side rear panel, with a total approximate weight of 15.16 kgs (33.42 lbs). A sample of the

substance contained within the packages field tested positive for the characteristics of methamphetamine.

SEVILLA was placed under arrest at approximately 2:45 PM.

SEVILLA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.